UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SREAM, INC., | No. 2:17-cv-0308-KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| VIRK MARKET INC., | |
| Defendant. | |

On May 24, 2017, plaintiff filed a notice of voluntary dismissal of the action without prejudice. (ECF No. 16.) Accordingly, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), IT IS HEREBY ORDERED that:

1. The action is DISMISSED WITHOUT PREJUDICE.
2. The pending motion for default judgment (ECF No. 13) is DENIED as moot.
3. The Clerk of Court shall close this case.

IT IS SO ORDERED.

Dated: June 9, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1